**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**RICHARD G. TURCOTTE,**<br><br>**Defendant.** | **PO 26-05002-BU-KLD**<br><br>**ORDER**<br><br>**Violation No.: F05M000J**<br>**Location Code: M4B** |

Before the Court is the motion of the United States to set collateral and quash the arrest warrant issued. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $130.00 for Violation No. F05M000J within thirty (30) days of entry of this order.

IT IS FURTHER ORDERED that the arrest warrant issued is QUASHED.

Payments may be made via U.S. Mail to:

> Central Violations Bureau
> P.O. Box 780549
> San Antonio, TX 78278-0549

Or, payments may be made online at:

1

https://www.cvb.uscourts.gov/

DATED this _____ day of March, 2026.

KATHLEEN L. DESOTO
United States Magistrate Judge